UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES KARANDREAS,

    Plaintiff,

v.                                                  CASE NO: 6:18-cv-01411-PGB-TBS

LOANCARE, LLC,

    Defendant.

## NOTICE OF SETTLEMENT AND
## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the dismissal of this action with prejudice and with each party to bear its own costs of court, thereby concluding this matter in its entirety.

Respectfully submitted this 18th day of June 2019,

| | |
|---|---|
| /s/Joshua R. Kersey | /s/ John S. Gibbs |
| Joshua R. Kersey | John S. Gibbs, III |
| Florida Bar No.: 087578 | Florida Bar No. 91102 |
| MORGAN & MORGAN, PA | TROUTMAN SANDERS LLP |
| 201 North Franklin Street, 7th Floor | 600 Peachtree Street, N.E., Suite 3000 |
| Tampa, Florida 33602 | Atlanta, GA 30308 |
| Telephone: (813) 225-5505 | Phone: (404) 885-3093 |
| Facsimile: (813) 222-2490 | Fax: (404) 885-3900 |
| JKersey@ForThePeople.com | Evan.gibbs@troutman.com |
| JessicaK@ForThePeople.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

39202096