UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES KARANDREAS,

        Plaintiff,

v.                                       Case No:  6:18-cv-1411-Orl-40TBS

LOANCARE, LLC,

        Defendant.
_____/

## ORDER

      This cause is before the court following review of the Notice of Settlement and Joint Stipulation of Dismissal with Prejudice, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 26). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012). Accordingly, the Clerk of Court is **DIRECTED** to close the file.

      **DONE AND ORDERED** in Orlando, Florida on June 19, 2019.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties